| | |
|---|---|
| SHEARMAN & STERLING LLP | BOIES, SCHILLER & FLEXNER LLP |
| Alan S. Goudiss | Jonathan D. Schiller |
| Jaculin Aaron | William S. Ohlemeyer |
| Paula M. Howell | Tricia J. Bloomer |
| K. Mallory Tosch | 575 Lexington Avenue, 7th Floor |
| 599 Lexington Avenue | New York, New York 10022 |
| New York, New York 10022 | Telephone: (212) 446-2300 |
| Telephone: (212) 848-4000 | Facsimile: (212) 446-2350 |
| Facsimile: (212) 848-7179 | |

*Attorneys for Defendants Daimler AG,*
*Daimler North America Corp., and*
*Daimler Investments US Corp.*

**Opposition Date: April 5, 2010**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                      :      Chapter 11

OLD CARCO LLC (F/K/A CHRYSLER), *et al.*,      :      Case No. 09-50002 (AJG)
                                    Debtors.      :      Jointly Administered

---------------------------------------------------------------- x

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF OLD CARCO
LLC (F/K/A CHRYSLER LLC),      :      Adv. Pro. No. 09-00505 (AJG)

                                  Plaintiff,

               - against -

DAIMLER AG, *et al.*,

                                  Defendants.
---------------------------------------------------------------- x

**NOTICE OF MOTION AND MOTION OF DEFENDANTS DAIMLER AG, DAIMLER NORTH AMERICA CORPORATION, AND DAIMLER INVESTMENTS US <u>CORPORATION TO DISMISS THE FIRST AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE THAT** defendants Daimler AG, Daimler North America Corporation, and Daimler Investments US Corporation will move before the Honorable Arthur J. Gonzalez, Chief Judge of United States Bankruptcy Court for the Southern District of New York, for an Order dismissing the First Amended Complaint in the above-referenced adversary proceeding with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b), and for such other and further relief as the Court deems just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the Motion is based upon this Notice of Motion, the concurrently filed Memorandum of Law in Support of Motion of Defendants Daimler AG, Daimler North America Corporation, and Daimler Investments US Corporation To Dismiss the First Amended Complaint, the accompanying Declaration of Alan S. Goudiss and exhibits annexed thereto, and all other pleadings and proceedings before the Court in *In re Old Carco L.L.C. (f/k/a Chrysler L.L.C.)*, Case No. 09-50002 (AJG).

**PLEASE TAKE FURTHER NOTICE THAT** oppositions to this Motion, if any, shall be served and filed no later than April 5, 2010. Any replies to such oppositions shall be served and filed no later than April 26, 2010.

**PLEASE TAKE FURTHER NOTICE THAT** any hearing on this motion will take place in Courtroom 523 of the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on a date and time to be set by the Court.

Dated: March 5, 2010
      New York, New York

                              SHEARMAN & STERLING LLP

                              By:  /s/ Alan S. Goudiss
                                    Alan S. Goudiss
                                    Jaculin Aaron
                                    Paula M. Howell
                                    K. Mallory Tosch
                                    599 Lexington Avenue
                                    New York, New York 10022
                                    Telephone: (212) 848-4000
                                    Facsimile: (212) 848-7179

                                    BOIES, SCHILLER & FLEXNER LLP
                                    Jonathan D. Schiller
                                    William S. Ohlemeyer
                                    Tricia J. Bloomer
                                    575 Lexington Avenue, 7th Floor
                                    New York, New York 10022
                                    Telephone: (212) 446-2300
                                    Facsimile: (212) 446-2350

                                    *Attorneys for Defendants Daimler AG,*
                                    *Daimler North America Corp. and*
                                    *Daimler Investments US Corp.*

Opposition Date: April 5, 2010

SHEARMAN & STERLING LLP
Alan S. Goudiss
Jaculin Aaron
Paula M. Howell
K. Mallory Tosch
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller
William S. Ohlemeyer
Tricia J. Bloomer
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Defendants Daimler AG,
Daimler North America Corp., and
Daimler Investments US Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> OLD CARCO LLC <br> (F/K/A CHRYSLER LLC), *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50002 (AJG) <br> Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OLD CARCO LLC (F/K/A CHRYSLER LLC), <br><br> Plaintiff, <br><br> v. <br><br> DAIMLER AG, *et al.*, <br><br> Defendants. | Adv. No. 09-00505 (AJG) |

**CERTIFICATE OF SERVICE**

I, Wesley H. Pang, hereby certify that on Friday, March 5, 2010, I caused to be served a true and correct copy of the following documents via email to counsel of record as indicated below:

- Notice of Motion and Motion of Defendants Daimler AG, Daimler North America Corporation, and Daimler Investments US Corporation To Dismiss the First Amended Complaint

- Declaration of Alan S. Goudiss in Support of Motion of Defendants Daimler AG, Daimler North America Corporation, and Daimler Investments US Corporation To Dismiss the First Amended Complaint

- Memorandum of Law in Support of Motion of Defendants Daimler AG, Daimler North America Corporation, and Daimler Investments US Corporation To Dismiss the First Amended Complaint

| | | | |
|---|---|---|---|
| TO: | SUSMAN GODFREY LLP | TO: | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC |
| | Steve Susman, Esq. | | |
| | Jacob Buchdahl, Esq. | | Robert T. Brousseau, Esq. |
| | Edgar G. Sargent, Esq. | | Sander L. Esserman, Esq. |
| | Rebecca S. Tinio, Esq. | | Jacob L. Newton, Esq. |
| | Shawn J. Rabin, Esq. | | Peter C. D'Apice, Esq. |
| | Suyash Agrawal, Esq. | | |
| | Seth Ard, Esq. | TO: | BRAYTON PURCELL LLP |
| | Robert Ajiashvili | | |
| | | | Al Brayton, Esq. |

Additionally, I caused a true and correct copy of the documents listed above to be served via email and Federal Express courier service, or where indicated, via U.S.P.S. Express Mail, to the parties on the Old CarCo LLC (f/k/a Chrysler LLC), *et al.* Special Service List dated February 5, 2010, annexed hereto as Exhibit A.

                        _____/s/ Wesley H. Pang_____
                            Wesley H. Pang

# EXHIBIT A

Old CarCo LLC
Attn: Holly E. Leese, Esq.
Senior Vice President, General Counsel and Secretary
1000 Chrysler Drive, CIMS# 485-14-36
Auburn Hills, Michigan 48326

J. Christopher Kohn, Esq.
Tracy J. Whitaker, Esq.
James G. Bruen, Esq.
Matthew J. Troy, Esq.
John T. Stemplewicz, Esq.
Attorneys, Civil Division, U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
(via U.S.P.S. Express Mail)

Corinne Ball, Esq.
Veerle Roovers, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017

Jeffrey B. Ellman, Esq.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

Albert Togut, Esq.
Frank A. Oswald, Esq.
Scott E. Ratner, Esq.
TOGUT SEGAL & SEGAL, LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Thomas Moers Mayer, Esq.
Phil Bentley, Esq.
Kenneth H. Eckstein, Esq.
Robert T. Schmidt, Esq.
Adam C. Rogoff, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

Peter Pantaleo, Esq.
David Eisenberg, Esq.
Thomas Rice, Esq.
Mary Beth Forshaw, Esq.
Kathrine McLendon, Esq.
David Mack, Esq.
Anne Knight, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Seth Gardner
Cerberus Capital Management, L.P.
299 Park Avenue, 22nd Floor
New York, New York 10171

Epiq Bankruptcy Solutions, LLC
Attn: Chrysler Claims Department
757 Third Avenue
New York, New York 10017

Jeannette Vargas, Esq.
Tara M. La Morte, Esq.
Assistant United States Attorneys, Southern
District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007


Brian Masumoto, Esq.
Office of the United States Trustee, SDNY
33 Whitehall Street, 21st Floor
New York, NY 10004