UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>OLD CARCO LLC<br>(F/K/A CHRYSLER LLC), *et al.*,<br><br>Debtors.<br><br>THE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Case No. 09-50002 (AJG)<br><br>Jointly Administered<br><br>Adv. No. 09-00505 (AJG) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO BANKRUTPCY RULE 7041**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1), incorporated herein by Federal Rule of Bankruptcy Procedure 7041, as follows:

(1) Plaintiff, The Liquidation Trust, hereby dismisses without prejudice the following defendants: Thomas W. Sidlik, Eric Ridenour, Rüdiger Grube, and Bodo Uebber.

(2) Plaintiff also dismisses without prejudice Count VII (Breach of Fiduciary Duty Claim Against the Individual Defendants) and Count VIII (Aiding and Abetting a Breach of Fiduciary Duty Against Daimler, DCNAH, and DC Holding) of the First Amended Complaint.

(3) Each party will bear its own costs and fees as to the above-dismissed defendants and claims.

IT IS FURTHER AGREED that for the purpose of this Notice of Dismissal, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York New York
June 28, 2010

SUSMAN GODFREY LLP

_____
Stephen D. Susman
Jacob W. Buchdahl
654 Madison Avenue, 5th Floor
New York, New York 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Counsel to The Liquidation Trust*

SHEARMAN & STERLING LLP

_____
Alan S. Goudiss
Jaculin M. Aaron
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Jonathan D. Schiller
Tricia J. Bloomer
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Counsel to Daimler AG, Daimler North America Corp., Daimler Investments US Corp. and their affiliates*

(3) Each party will bear its own costs and fees as to the above-dismissed defendants and claims.

IT IS FURTHER AGREED that for the purpose of this Notice of Dismissal, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York New York
June 28, 2010

SUSMAN GODFREY LLP

Stephen D. Susman
Jacob W. Buchdahl
654 Madison Avenue, 5th Floor
New York, New York 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Counsel to The Liquidation Trust*

SHEARMAN & STERLING LLP

Alan S. Goudiss
Jaculin Aaron
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Jonathan D. Schiller
Tricia J. Bloomer
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Counsel to Daimler AG, Daimler North America Corp., Daimler Investments US Corp. and their affiliates*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Michael A. Rosenthal*
Michael A. Rosenthal
Randy M. Mastro
200 Park Avenue, 47th Floor
New York, NY 10166-1093
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to Thomas W. Sidlik and Eric Ridenour*

**SO ORDERED:**

---

The Honorable Arthur J. Gonzalez
UNITED STATES BANKRUPTCY JUDGE